UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 5:09-CR-00348-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | |
| | * | |
| MARY ROSE WRIGHT | * | |
| | * | |

RESPONSE TO COURT ORDER
RELATIVE TO DEFENDANT'S MOTION TO TERMINATE COUNSEL

Comes now, undersigned counsel, responding to the Court's order for a Response as to the attorney-client relationship that may exist between counsel and Defendant Mary Wright. The following response is offered to this Honorable Court:

1. Ms. Wright's first attorney of record was Robert Bell, AFPD. Mr. Bell represented the Defendant through the plea stage of this matter. (April 1, 2008 – July 18, 2011)

2. Undersigned counsel was appointed to represent Ms. Wright (July 20, 2011), and did so through sentencing (April 2, 2012).

3. It has been the understanding (and practice) of the undersigned that the attorney-client relationship terminates at the time of sentencing, unless an appeal is planned.

4. At the direction of Ms. Wright, undersigned filed a Notice of Appeal at the conclusion of the case in District Court. (April 3, 2012)

5. On April 12, 2012, undersigned was appointed to represent Ms. Wright on the Appeal.

*[Handwritten annotation by Judge Flanagan:]* For reasons set forth by counsel, where it appears her duties in representation have been discharged, the court ACKNOWLEDGES same, and deems the attorney/client relationship now CONCLUDED. Where defendant has not shown good cause for appointment at this juncture for new counsel, Ms. Wright's companion request for new counsel is DENIED. This the 16th day of April, 2013.

*/s/ Judge Flanagan*

1