# UNITED STATES DISTRICT COURT

_Mary Rose Wright_
Petitioner

v.

UNITED STATES OF AMERICA

**FILED** Case No.: _5.09-CR-348-1FL_

APR 01 2013

JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

MOTION DENIED

this _16th_ day of _April_
20_13_

_Louise W. Slara_
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE

## MOTION TO AMEND

Comes now, Petitioner, _Mary Rose Wright_, pro se, to request this Honorable Court to amend the judgement and commitment order to indicate participation in the Inmate Financial Responsibility Program (IFRP) payment not be required during incarceration.  Although participation in the IFRP is stated by FBOP regulations as voluntary; if you do not volunteer, the punishment is harsh and never ending, including the loss of telephone and commissary priviledges, being placed in an open living area ("Bus Stop" - which falls under the definition of "Cruel and Unusual Punishment", lights shining on you 24 hours a day, 7 days a week), until an agreement is signed to make payments at their stated amount, which can get raised at anytime.

Petitioner, _Mary Rose Wright_, is requesting the Court to limit the IFRP payment to $25.00 per quarter, which would off-set any punishment, not put a financial burden on non-incarcerated family, and have the remainder of restitution be paid in an amount based upon petitioner's job income after release from the Federal Bureau of Prisons.  See U.S. v Munoz_F.3d_ (7th Circuit, July 9, 2010) and No. 09-1118.  As clarified in the court ruling, U.S. v Boyd, 608F.3d331 (7th Circuit, June 11, 2010 U.S. Court of Appeals, participation in the IFRP during