# UNITED STATES DISTRICT COURT
## FOR THE
### EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

        **v.**                        **Crim. No. 5:09-CR-348-1FL**

**MARY ROSE WRIGHT**

        On April 10, 2015, the above named was released from prison and commenced a term of supervised release for a period of 36 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,

                                              I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jeffrey L. Keller                                 /s/ Arthur B Campbell
Jeffrey L. Keller                                      Arthur B Campbell
Supervising U.S. Probation Officer                 U.S. Probation Officer
                                                310 New Bern Avenue, Room 610
                                                  Raleigh, NC 27601-1441
                                                  Phone: 919-861-8677
                                                  Executed On: May 19, 2017

## ORDER OF COURT

        Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

        Dated this   22nd   day of      May     , 2017.

                                                  Louise W. Flanagan
                                                U.S. District Judge